### 43205. ROSENFELD v. YOUNG.

QUILLIAN, Judge. This case involves Mr. S. E. Young's suit for medical expenses, loss of services and loss of his wife's con-

sortium for her injuries resulting from the same collision as that in *Rosenfeld v. Young,* 117 Ga. App. 35. *Held:*

The enumerations of error in this case are controlled by the decision in the companion case, ante, with the exception of one ground relating to a charge. We have carefully examined the charge in light of the defendant's contention and find it to be without error.

*Judgment affirmed. Jordan, P. J., and Deen, J., concur.*

ARGUED NOVEMBER 9, 1967—DECIDED DECEMBER 1, 1967—
REHEARING DENIED DECEMBER 19, 1967.

*Greene, Buckley, DeRieux, Moore & Jones, Burt DeRieux, James A. Eichelberger,* for appellant.

*Peek, Whaley, Blackburn & Haldi, J. Corbett Peek, Jr., Glenville Haldi,* for appellee.